CLERKS OFFICE US DISTRICT COURT
AT ABINGDON, VA
FILED
October 20, 2026
LAURA A. AUSTIN, CLERK
BY: /s/ Kendra Campbell
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION**

**ANGELA D. COPPOLA,**
and
**ANDREA D. LESTER,**

Plaintiffs,

**v.**

**PHILLIPS GLOBAL, INC.,**

**Serve:**
**R. Roger Baughan, Jr.**
**367 George Street**
**Beckley, WV 25801**

Defendant.

**Civil Action No.:** 1:26cv95

## COMPLAINT

Plaintiffs Angela D. Coppola and Andrea D. Lester (collectively, "Plaintiffs"), by counsel, state as their Complaint against Defendant Phillips Global, Inc. ("Phillips Global" or "Defendant") as follows:

### I. JURISDICTION AND VENUE

1. This Court has subject-matter jurisdiction pursuant to 28 U.S.C. § 1332(a) because this action is between citizens of different states and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.
2. Plaintiff Angela D. Coppola is an individual domiciled in, and therefore a citizen of, the Commonwealth of Virginia.
3. Plaintiff Andrea D. Lester is an individual domiciled in, and therefore a citizen of, the Commonwealth of Virginia.

4. Defendant Phillips Global, Inc. is a corporation organized under the laws of the State of West Virginia and has its principal place of business in West Virginia. Accordingly, Phillips Global is a citizen of West Virginia for purposes of 28 U.S.C. § 1332(c)(1).
5. Complete diversity exists because Plaintiffs are citizens of Virginia and Defendant is a citizen of West Virginia.
6. The amount in controversy exceeds $75,000.00, exclusive of interest and costs, because Plaintiffs seek to accelerate and recover the entire outstanding indebtedness under the Promissory Note, including outstanding principal, accrued interest, continuing contractual interest, reasonable attorneys' fees, and costs.
7. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to Plaintiffs' claims occurred in Bland County, Virginia, within the Western District of Virginia.
8. Venue is also consistent with the parties' Stock Purchase Agreement dated November 18, 2022, which provides, in section 7.14, that "[a]ny legal suit, action, or proceeding arising out of or based upon this Agreement or the transactions contemplated hereby may be instituted in the federal courts of the United States of America for the Western District of Virginia, Abingdon Division or the Circuit Court of Bland County, Virginia and each party irrevocably submits to the exclusive jurisdiction of such courts in any such suit, action, or proceeding.

## II. THE PARTIES

9. Plaintiff Angela D. Coppola is an individual and the assignee of a one-half interest in the Promissory Note described below.

10. Plaintiff Andrea D. Lester is an individual and the assignee of a one-half interest in the Promissory Note described below.

11. Defendant Phillips Global, Inc. is a West Virginia corporation and the maker of the Promissory Note described below.

## III. FACTUAL BACKGROUND

12. On or about November 18, 2022, Phillips Global entered into a Stock Purchase Agreement with Aaron R. Boothe and Wanda Williams for the purchase of the stock of W & B Fabricators, Inc. A true and correct copy of the Stock Purchase Agreement is attached hereto as **EXHIBIT A.**

13. The Stock Purchase Agreement provided for deferred purchase-price payments by promissory note bearing interest at four (4%) percent per annum.

14. In connection with that transaction, Phillips Global, Inc. executed a Promissory Note dated February 1, 2023, payable to Wanda Williams in the original amount of $1,848,231.19. A true and correct copy of the Promissory Note, including its amortization schedule, is attached hereto as **EXHIBIT B.**

15. Wanda Williams died on or about June 9, 2024.

16. Angela D. Coppola was legally appointed Executrix of the Estate of Wanda Williams.

17. On or about February 18, 2025, Angela D. Coppola, as Executrix of the Estate of Wanda Williams, and First Community Bank, as Trustee, executed a Partial Assignment of Promissory Note assigning to Angela D. Coppola one-half of the remaining principal balance owed under the Promissory Note, being $739,292.47, together with all interest accrued or to accrue on that amount as provided in the Promissory Note. A true and correct copy of the Partial Assignment to Angela D. Coppola is attached hereto as **EXHIBIT C.**

18. Phillips Global consented to the Partial Assignment to Angela D. Coppola and acknowledged that the then-current outstanding balance of the Promissory Note was $1,478,584.95.

19. On or about February 18, 2025, Angela D. Coppola, as Executrix of the Estate of Wanda Williams, and First Community Bank, as Trustee, executed a separate Partial Assignment of Promissory Note assigning to Andrea D. Lester one-half of the remaining principal balance owed under the Promissory Note, being $739,292.47, together with all interest accrued or to accrue on that amount as provided in the Promissory Note. A true and correct copy of the Partial Assignment to Andrea D. Lester is attached hereto as **EXHIBIT D.**

20. Phillips Global consented to the Partial Assignment to Andrea D. Lester and acknowledged that the then-current outstanding balance of the Promissory Note was $1,478,584.95.

21. Together, the two Partial Assignments assigned the full remaining balance of the Promissory Note to Plaintiffs in equal one-half shares.

22. As a result of the Partial Assignments, Plaintiffs collectively own all rights, title, and interest in the Promissory Note and are entitled to enforce the entire indebtedness evidenced by the Promissory Note, with each Plaintiff owning an equal one-half interest.

23. Section 10 of the Promissory Note provides that the Promissory Note is governed by, construed, and enforced in accordance with Virginia law.

24. On February 1, 2026, an annual installment payment of $414,003.78 became due under the Promissory Note.

25. Phillips Global failed to make the payment due on February 1, 2026.

26. The amortization schedule attached to the Promissory Note identifies the total payment due on February 1, 2026 as $414,003.78.

27. Pursuant to the payment schedules attached to the Partial Assignments, Phillips Global was required to pay $207,001.88 to Angela D. Coppola and $207,001.88 to Andrea D. Lester on February 1, 2026.

28. Phillips Global's failure to make the required payment when due constitutes an event of default under Section four (4) of the Promissory Note.

29. On July 27, 2026, Plaintiffs, through counsel, sent Phillips Global written Notice of Default and Opportunity to Cure by regular mail and certified mail, return receipt requested, at the notice address specified in the Promissory Note and Partial Assignments. Plaintiffs also provided a copy of the Notice to Phillips Global's counsel by email. A true and correct copy of the Notice, without its duplicative enclosures, is attached hereto as **EXHIBIT E.**

30. The Notice advised Phillips Global that it had failed to make the payments due on February 1, 2026, consisting of $207,001.88 payable to Angela D. Coppola and $207,001.88 payable to Andrea D. Lester.

31. The Notice further advised Phillips Global that it had fifteen (15) business days following delivery of the Notice to cure the default and that, if the default was not timely cured, Plaintiffs intended to declare the entire unpaid balance of the Promissory Note, together with accrued interest, immediately due and payable.

32. Phillips Global failed to cure the default within fifteen (15) business days following delivery of the Notice of Default and Opportunity to Cure.

33. Phillips Global remains in default under the Promissory Note.

34. Upon expiration of the cure period, Plaintiffs became entitled under Section 5 of the Promissory Note to declare all outstanding principal and accrued interest immediately due and payable.

35. By filing and serving this Complaint, Plaintiffs affirmatively exercise their rights under Section 5 of the Promissory Note and declare all outstanding principal and accrued interest immediately due and payable.

36. Accordingly, the entire outstanding balance of the Promissory Note is immediately due and payable.

37. The outstanding principal balance due under the Promissory Note is $1,108,938.71.

38. As of September 23, 2026, accrued and unpaid interest under the Promissory Note is $72,794.99.

39. Accordingly, as of September 23, 2026**,** Phillips Global owes Plaintiffs collectively $1,181,733.70 under the Promissory Note, exclusive of continuing interest, attorney's fees, and costs.

40. Beginning September 24, 2026, interest continues to accrue on the outstanding principal balance at the contractual rate of four percent (4%) per annum, calculated on the basis of a 365-day year and the actual number of days elapsed, at the approximate rate of $121.53 per day.

41. Affidavits of Account executed by Angela D. Coppola and Andrea D. Lester are attached hereto as **EXHIBITS F** and **G**, respectively, and are incorporated herein by reference.

42. Pursuant to Section 6 of the Promissory Note, Plaintiffs are entitled to recover the costs of collection, including reasonable attorney's fees actually incurred, not to exceed the lesser of the amount of such costs or five percent (5%) of the outstanding balance owed under the Promissory Note.

43. Plaintiffs have fulfilled all conditions precedent required of them, or such conditions have been satisfied, waived, or excused.

44. Phillips Global materially breached the Promissory Note by failing to make the annual installment payment due on February 1, 2026.

45. Phillips Global has failed and refused to pay the amounts due under the Promissory Note.

46. As a direct and proximate result of Phillips Global's breach, Plaintiffs have suffered damages including the outstanding principal balance, accrued and continuing interest, reasonable attorney's fees, costs, and all other amounts recoverable under the Promissory Note.

WHEREFORE, Plaintiffs Angela D. Coppola and Andrea D. Lester respectfully request that the Court enter judgment in their favor and against Defendant Phillips Global, Inc. as follows:

A. For $1,181,733.70 representing the outstanding principal and accrued interest due under the Promissory Note as of September 23, 2026, with each Plaintiff entitled to her respective one-half share of that amount;

B. For continuing pre-judgment interest on the outstanding principal balance at the contractual rate of four percent (4%) per annum from September 24, 2026 through the date of judgment;

C. For all costs of collection, including reasonable attorney's fees actually incurred, as provided by and subject to the limitations contained in Section 6 of the Promissory Note;

D. For post-judgment interest pursuant to 28 U.S.C. § 1961;

E. For costs incurred in this action; and

F. For such other and further relief as the Court deems just and proper.

Respectfully submitted,

**ANGELA D. COPPOLA**
and
**ANDREA D. LESTER**

By: /s/ Peyton S. Johnson
Counsel

Counsel:
Eric W. Reecher (VSB #43618)
Peyton S. Johnson (VSB #102332)
**ELLIOTT LAWSON & MINOR, P.C.**
230 Piedmont Ave., Suite 300
Bristol, VA 24201
(276) 466-8400
ereecher@elliottlawson.com
pjohnson@elliottlawson.com